**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**BRENDA K. DREWRY**                                                                                          **PLAINTIFF**

vs.                                         Civil No. 2:22-cv-02043

**KILOLO KIJAKAZI,**                                                                                          **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 10th day of November 2022, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE